UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| LEWIS EDWARD AMOS, ) | Case No. 17-46980-659 |
| ) | Chief Judge Kathy A. Surratt-States |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| ROBIN L. CARPENTER, and ) | **Adversary No. 18-4031-659** |
| FLESNER WENTZELL, LLC, ) | |
| ) | **PUBLISHED** |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| LEWIS EDWARD AMOS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Plaintiffs' Motion for Summary Judgment is **GRANTED IN PART** in that the attorney's fees Debtor owes pursuant to the Finding and Judgment of Modification, Judgment and Order on Family Access Motion and Judgment of Contempt are domestic support obligations and excepted from discharge; and

**IT IS FURTHER ORDERED THAT** Debtor's Motion for Summary Judgment is **GRANTED IN PART** in that sanctions Debtor owes pursuant to the Judgment & Order are not domestic support obligations and are subject to discharge; and this is the final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: February 24, 2020
St. Louis, Missouri

-2-

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Lewis Edward Amos
21 Walnut Knoll Ct.
Saint Charles, MO 63304

Angela Redden-Jansen
3350 Greenwood Blvd.
Maplewood, MO 63143

David Nelson Gunn
The Consumer Law Center of Saint Louis
DBA The Bankruptcy Company LLC
2249 S. Brentwood Blvd
Brentwood, MO 63144

-2-